## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: JOSEPH v. OWENS & MINOR DISTRIBUTION          Docket No.: 14-1281

Lead Counsel of Record (name/firm) or Pro se Party (name): ALEXANDER M. DUDELSON
LAW OFFICE OF ALEXANDER M. DUDELSON

Appearance for (party/designation): HANCY JOSEPH

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: Alexander M. Dudelson, Esq.
Firm: Law Office of Alexander M. Dudelson
Address: 26 Court Street - Suite 2306, Brooklyn, New York 11242
Telephone: (718) 855-5100          Fax: (718) 624-9552
Email: adesq@aol.com

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Alexander M. Dudelson
Type or Print Name: ALEXANDER M. DUDELSON,
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.